UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SWISS RE INTERNATIONAL SE, | |
| Plaintiff, | |
| V. | Case No. 1:25-cv-07055 |
| NORA & PARTNERS, LLP, an Illinois Limited Liability Partnership; VERONICA NULMAN; MYRA BROWN, | Hon. Georgia N. Alexakis<br><br>Magistrate Judge Maria Valdez |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Swiss Re International SE ("Swiss Re" or "Plaintiff") and Defendants Nora & Partners, LLP, Veronica Nulman ("Ms. Nulman"), and Myra Brown ("Ms. Brown") (collectively referred to as the "Defendants") (Plaintiff and Defendants, collectively referred to as the "Parties") by and through their counsel, hereby submit this Status Report pursuant to the Court's November 26, 2025 Minute Entry.

1. **Discovery Progress.**

The Parties have been diligently working on discovery and working cooperatively to schedule depositions. Both sides have issued and responded to written discovery requests and produced voluminous documents. Ms. Brown and Ms. Nulman were deposed on November 3 and 4, 2025, respectively. Depositions of three Swiss Re employees were taken in December and early January. The Parties issued additional written discovery requests to each other earlier this month. The Parties are working cooperatively to schedule depositions of other lay witnesses and potential additional party witnesses for the month of February 2026 in advance of the current deadline for the close of fact discovery.

**2. Prospects of Settlement.**

Plaintiff made a settlement demand to Defendants on October 29, 2025 and remain willing to discuss settlement. To date, Defendants have not responded to the October 29 settlement demand. Defendants remain open to engaging in settlement discussions following the conclusion of party and fact depositions.

DATED this 26th day of January, 2026.

**GALLAGHER & KENNEDY, P.A.**

By:*/s/Hannah H. Porter*
Kevin E. O'Malley (admitted pro hac vice)
Hannah H. Porter (admitted pro hac vice)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016

William B. Oberts (local counsel for Plaintiff)
Amy M. Kunzer (local counsel for Plaintiff)
OBERTS GALASSO LAW GROUP
181 W. Madison, Suite 4700
Chicago, Illinois 60601
*Attorneys for Plaintiff SwissRe International SE*

**TRESSLER LLP**

By:*/s/Jennifer L. Smith (w/permission)*
Daniel R. Formeller
Jennifer L. Smith
Marissa M. Finley
Neda M. Manouchehri
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
*Attorneys for Defendants Nora & Partners, LLP; Veronica Nulman; Myra Brown*

## **CERTIFICATE OF SERVICE**

     I certify that on this 26th day of January, 2026, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            By: */s/ Hannah H. Porter*
                                              Hannah H. Porter

15122605